IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE FREMONDE XENOS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE I, et al., | : | No. 11-1488 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **27th** day of **September**, **2012**, upon consideration of Defendants' Motion to Dismiss, and for the reasons provided in this Court's Memorandum dated September 27, 2012, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Document No. 19) is **GRANTED**.

2. The claims against Defendants, including John Doe I and John Doe II, are **DISMISSED with prejudice**.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**